UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CHNY1483

| IN RE:<br><br>GEORGE ALMODOVAR<br><br>Debtor(s). | Chapter: 7<br><br>Case No.: 19-44325 CEC<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |
|---|---|

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

JPMorgan Chase Bank, National Association

This party is a party in interest in this case and is a secured creditor pursuant to a mortgage dated December 6, 2006 and recorded in the Office of the RICHMOND County Clerk/Register on February 14, 2007 as Document Identification Number 000000000151232, in the foreclosure action of the Debtor(s):

GEORGE ALMODOVAR

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: July 19, 2019

FEIN, SUCH & CRANE, LLP
Attorneys for Movant, JPMorgan Chase Bank, National Association

By: /s/ TAMMY L. TERRELL BENOZA
TAMMY L. TERRELL BENOZA, ESQ.
1400 OLD COUNTRY ROAD, SUITE C103
WESTBURY, NY 11590
516-394-6921
and
7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
973-538-4700